UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS HAROLD SPATCHEK,

        Plaintiff,

v.

        Case No. 23-cv-428-pp

KILOLO KIJAKAZI,

        Defendant.

**ORDER GRANTING STIPULATED MOTION FOR REMAND (DKT. NO. 11), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

On June 21, 2023, the parties filed a stipulated motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 11. The court **GRANTS** the stipulated motion for remand, and **ORDERS** that:

The Commissioner of Social Security's denial of benefits is **REVERSED** and this case is **REMANDED** to the Commissioner. On judicial remand, the Appeals Council will remand the matter to an Administrative Law Judge to develop the administrative record as necessary and issue a new decision and, following the sequential evaluation process, determine whether the plaintiff is disabled.

Dated in Milwaukee, Wisconsin this 22nd day of June, 2023.

        BY THE COURT:

        _____
        **HON. PAMELA PEPPER**
        **Chief United States District Judge**

1